**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**RAYMOND CROWTHER**                                                                       **PLAINTIFF**

V.                                            4:20CV00408 JM

**LYNN HEMPHILL;
FEDERICA GILL**                                                                                 **DEFENDANTS**

## ORDER

On April 30, 2020, this Court ordered Plaintiff Crowther to file, within 30 days, an amended complaint. (Doc. 4) The Court explained to Crowther his responsibilities to follow the rules and cautioned that failure to respond to the Court could result in dismissal under Local Rule 5.5(c)(2). Crowther did not comply with that Order, and the time to do so has passed. His complaint is, therefore, dismissed without prejudice. LOCAL RULE 5.5(c)(2).

An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 18th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE