# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RAYMOND CROWTHER**                                                                 **PLAINTIFF**

**V.**                                  **4:20CV00408 JM**

**LYNN HEMPHILL;**
**FEDERICA GILL**                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 18th day of June, 2020.

                                                               _____
                                                               UNITED STATES DISTRICT JUDGE